UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SMITH, | No. 2:15-cv-01840-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| RECEIVABLE PERFORMANCE MANAGEMENT, LLC, | |
| Defendant. | |

Pursuant to plaintiff's notice of settlement on January 27, 2016, ECF No. 10, the court determined the case has settled and ordered the parties to file dispositional documents no later than March 14, 2016, ECF No. 11. As of the date of this order, no dispositional documents have been filed. Parties are ORDERED TO SHOW CAUSE within seven (7) days why they should not be fined $250 for failing to comply with this court's order.

IT IS SO ORDERED.

DATED: May 16, 2016.

_____
UNITED STATES DISTRICT JUDGE